**99–2160.   Graham v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by John Anthony Graham. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2170.   Maddox v. Morgan.**

In Habeas Corpus. On petition for writ of habeas corpus by Jesse Maddox. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2178.   Roland v. Gabbard.**

In Habeas Corpus. On petition for writ of habeas corpus by Robin Neil Roland. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–2197.   Walls v. Dern.**

In Habeas Corpus. On petition for writ of habeas corpus by Patrick Walls. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.